Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROSS MOORE THACKER

Reg. No. # 14044-026

*Your full name*

v.

Dr. / MAT. E. McCOY

P.A. ALICIA WILSON

*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS COMPLAINT (*BIVENS* ACTION)**

Civil Action No.: 3:23-CV-201
*(To be assigned by the Clerk of Court)*

Groh, Trumble, Sims

FILED

SEP - 5 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: Ross M. Thacker    Inmate No.: 14044-026
Address: F.C.I. Gilmer / P.O. box 6000 / Glenville.
West Virginia. 26351

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

Attachment A

B.      Name of Defendant:   Dr. / MAT. Emery McCoy
        Position: Doctor / Medical administrative Technican
        Place of Employment: F.C.I. Gilmer
        Address:   201 F.C.I. Lane / P.O. box 6000 /
        Glenville. West Virginia. 26351

        Was this Defendant acting under the authority or color of federal state
        law at the time these claims occurred?      ☑ Yes         ☐ No

        If your answer is "YES," briefly explain: Dr. McCoy was responsible
        the medical evaluation and the scheduling to see the
        specialist for further treatment. I was denied the
        treatment needed by Dr.McCoy without being seen for an
        examination.

B.1     Name of Defendant: P.A. Alicia Wilson
        Position: Physician assistant to Dr. McCoy
        Place of Employment: F.C.I. Gilmer
        Address:   201 F.C.I. Lane / P.O. box 6000 /
        Glenville. West Virginia. 26351

        Was this Defendant acting under the authority or color of federal state
        law at the time these claims occurred?      ☑ Yes         ☐ No

        If your answer is "YES," briefly explain: The P.A. Wilson did
        not perform the necessary examination to determine the
        cause of the illness or to detect the symptoms that
        were related to the illness that was needed to help
        Dr.McCopy determine the cause of the illness.

B.2     Name of Defendant: _____
        Position: _____
        Place of Employment: _____
        Address: _____

        _____
        Was this Defendant acting under the authority or color of federal state
        law at the time these claims occurred?      ☐ Yes         ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____


B.3    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____
       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?     □ Yes        □ No

       If your answer is "YES," briefly explain: _____

       _____

       _____

       _____

       _____


B.4    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____
       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?     □ Yes        □ No

       If your answer is "YES," briefly explain: _____

       _____

       _____

       _____

       _____

Attachment A

B.5   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☐ Yes        ☐ No

      If your answer is "YES," briefly explain: _____
      _____
      _____
      _____
      _____

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: F.C.I. Gilmer          _____

A.    Is this where the events concerning your complaint took place?
      ☑ Yes        ☐ No

      If you answered "NO," where did the events occur?
      _____N/A_____

B.    Is there a prisoner grievance procedure in the institution
      where the events occurred?      ☑ Yes        ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the
      prisoner grievance procedure?
      ☑ Yes        ☐ No

D.    If your answer is "NO," explain why not: _____N/A_____
      _____
      _____
      _____

E.    If your answer is "YES," identify the administrative grievance procedure
      number(s) in which the claims raised in this complaint were addressed

Attachment A.

and state the result at level one, level two, and level three.  ATTACH
**GRIEVANCES AND RESPONSES:**

LEVEL 1  The BP-8½ that was filed informed the Petitioner that he was scheduled for a colonoscopy as did the BP-9

LEVEL 2  The regional office refused to answer the grievance that was filed due to the delay cause by the institution.

LEVEL 3  The BP-11 was denied as untimely filed due to the institutional lockdown.

## IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        □ Yes        ☑ No

B.  If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

   Plaintiff(s):_____N/A_____

   Defendant(s):_____N/A_____

2.  Court: _____N/A_____
   *(If federal court, name the district; if state court, name the county)*

3.  Case Number:_____N/A_____

4.  Basic Claim Made/Issues Raised: _____N/A_____

   _____

   _____

   _____

5.  Name of Judge(s) to whom case was assigned:
   _____N/A_____

6.  Disposition: _____N/A_____
   *(For example, was the case dismissed?  Appealed?  Pending?)*

7.  Approximate date of filing  lawsuit:_____N/A_____

Attachment A

8.   Approximate date of disposition. Attach Copies:___N/A_____

C.   Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
    ☑ Yes    ☐ No

D.   If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
The Plaintiff filed an initial informal grievance to the medical staff. Which informed the Plaintiff that he was scheduled for a colonoscopy. The Plaintiff then filed a BP-9 to the Warden. the response from the Warden was

E.   Did you exhaust available administrative remedies?
    ☑ Yes    ☐ No

F.   If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. The Petitioner filed a BP-8½ to the medical staff. Then Filed a BP-9 to the Warden of the institution. The Petitioner then filed a BP-10 to the regional office. And a BP-11 to the central office in Washington D.C.

G.   If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.   Parties to previous lawsuit:

part D continued

that the Plaintiff was scheduled for a colonoscopy and that the medical staff of the institution was following the BOP guidelines as far as his medical treatment went although the attached exhibits that were attached to the BP-9 was never addressed by the Warden.

The BP-10 that was filed to the Mid-Atlantic Regional office was denied as being time barred due to the lockdown of the institution for covid-19 reasons.

The BP-11 that was filed to the central office was answered in the same manner. The Regional Office and the central Office were aware that the institution was on lockdown due to the covid-19 outbreak. However. the administration refused to provide the Plaintiff with an institutional memo to excuse the delay in filing the administrative appeals which prohibited the Plaintiff from filing his appeal and exhausting his administrative remedies.

Attachment A

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

2.    Name and location of court and case number:
_____ N/A _____
_____
_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____ N/A _____

5.    Approximate date of disposition: _____ N/A _____


## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: ___The Plaintiff was denied adequate medical treatment for a serious medical need by the care provider P.A. A. Wilson and Dr. E. McCoy in violation of the Plaintiff's eighth amendment right of the constitution concerning the deliberate indifference by the administration and medical staff for a serious medical condition that has been ongoing for over a year.

Supporting Facts: In May of 2022, the Plaintiff reported to medical sick call concerning the pain in stomach and the symptoms of constant diarrhea and nausea, dehydration, cramps and vomitting.

Attachment A

The Plaintiff was scheduled to be seen by his primary care provider Mrs. A. Wilson the P.A.. Upon seeing P.A. Wilson. the Plaintiff was advised to buy over the counter medication from the inmate commissary such as Pepto Bismuth and other

CLAIM 2: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

CLAIM 3: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

CLAIM 4: _____

_____
_____
_____
_____

Supporting Facts: _____

_____

Claim One continued

stomach medication. When the Plaintiff informed the P.A. about the lack of effectiveness of the over the counter medication in the inmate  commissary and that he had previously tried those medications and that they  did not help his pain. The P.A. informed the Plaintiff that she could nothing for him unless he purchased some of the over the counter medications from the commissary. The P.A. also informed the Plaintiff that if the medications did not work that she would put him in to see the doctor. The Plaintiff bought over the counter medications from the inmate commissary on two seperate occassions and when they did not work. The Plaintiff again went to the institutional sick call concerning the same ongoing problem. The sick call nurse again placed the Plaintiff on the call out to see the care provider. Mrs. A. Wilson the P.A.. When the Plaintiff was seen by the P.A., the P.A. again advised the Plaintiff that he needed to buy more over the counter medication for a period of time to give the medication a chance to work.

The Plaintiff informed the P.A. of the weight loss and the constant pain in his stomach. the diarrhea. and the vommitting. The P.A. informed the Plaintiff to start drinking plenty of water. The institutional records would show that the Plaintiff visited medical constantly from May of 2022. through November of 2022 at which time the Plaintiff was scheduled for a colonoscopy at the Stonewall Jackson Memorial Hospital. After the colonoscopy was done the Plaintiff was advised by the P.A. that he was scheduled to be seen. However. the medical staff never placed the Plaintiff on the institutional call outs to be seen by the doctor. The Plaintiff sent many electronic e-mails to medical concerning the ongoing problem with his stomach and the fact that medical refused to see him concerning his medical condition which had gotten worse since the initial sick call visit in May of 2022.

In July of 2023, the Plaintiff was informed that the cause of the medical problems stems from bacteria in the intestines that resulted in Irritable Bowel Syndrome and that I would have to take pentasa for a period of time and that because of the bacteria, that it is constantly reoccuring.

Attachment A

CLAIM 5: _____

Supporting Facts: _____

## VI.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

By failing to provide the necessary medical screening that would have detected the bacteria earlier. my intestines and stomach now contains the bacteria that has to be constantly treated and monitored. Also I have to take medication with adverse side affects for major portions of my life.

## VII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

The Plaintiff is requesting the court to grant the Plaintiff compensatory damages in the amount of $ 3,000,000. dollars, and for punitive damages in the amount of $ 2,000,000 dollars

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at __F.C.I. Gilmer__          on ___August 6, 2023___.
        (Location)                              (Date)



                                   _____
                                   Your Signature